```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DAVID GIBSON,                                    22-cv-1122 (JGK)

                Plaintiff,              ORDER

    - against -

SUPERINTENDENT BURNETTE, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from the pro se plaintiff. The New York State Attorney General's Office is directed to respond to the attached letter by April 28, 2022.

    The Clerk is directed to mail a copy of this Order and its attachment to the New York State Attorney General's Office at 28 Liberty Street, New York, NY 10005. The Clerk is further directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
          April 12, 2022

                                          John G. Koeltl
                              United States District Judge

4-5-22

RECEIVED
SDNY PRO SE OFFICE
2022 APR 11 AM 10: 24

To: Honorable JOHN G. Koeltl

From: David Gibson 15A2714   22-CV-1122 (JGK)

I was transfered To Aburn C.F. I Had my in Cell bag with all my legal work Exibits and Document I send to you to Prove my Case Now Marcy C.F. C.O.S Waters and C.O. H Stole my Property maliously to contempt me from the Court I wrote Captain Keirpee of Marcy I am on Camera bringing my in cell bag out to The Draft but Staff is not giving me my Property It Has been Almost Two weeks Can the Courts Please Notify Docces Staff to Stop the Retaliation I Have tried grieving and

buying fotage I also wrote The First Deputy Superintendant but Have not got any Results And Is causing a great Deal of Hardship to Me Sir.

Respectfully



AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024
NAME: Dana Gibson   DIN: 15A2714
D-3-27

Honorable John G. Koeltl
Pro Se Intake Unit 500
Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 APR 11 AM 10:20