UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GIBSON,

              Plaintiff,

- against -

SUPERINTENDENT BURNETTE, ET AL.,

              Defendants.

22-cv-1122 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court received the attached letter from the pro se plaintiff. The New York State Attorney General's Office is directed to respond to the attached letter by July 29, 2022. The plaintiff may submit a reply letter by August 12, 2022.

The Clerk is directed to mail a copy of this Order and its attachment to the New York State Attorney General's Office at 28 Liberty Street, New York, NY 10005. The Clerk is further directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           July 14, 2022

                                        John G. Koeltl
                                United States District Judge

To: District Judge John G. Koeltz        6-26-22

RECEIVED
SDNY PRO SE OFFICE
2022 JUL 13 PM 2:32

From: Davis Gibson 15A2714
22-CV-1122 JGK

I Have Still Not Recived My Property I was in Auburn C.f. Then came back to Marcy C.f. And Still havin't Recived it Now Stuff at Marcy C.f. is denying my law library tablet intentionally I Have grieved this Wrote the Superintendent, D.S.J. Snyder I wish to bring contempt to court charges but the Defendunt live in The Nothern district but is stoping me to get on via westlaw I Have loot of Static tablet Not law library They are giving me broking tablets, Refusing me tablets I Have wrote every one Please See Grievances and letters.

Respectfully

CC: File

Sworn To before me on this 26th day of June 20 22

Notary Public

AMANDA JO MAYNE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6414122
Qualified in Jefferson County
My Commission Expires: 2/16/2025

MARCY CORRECTIONAL FACILITY
BOX 3600
MARCY, N.Y. 13403-3600

NAME: David Gibson    DIN: 15A2714

CERTIFIED MAIL

7021 0950 0001 8932 1857

SDNY PRO SE OFFICE
2022 JUL 13 PM 2:32
RECEIVED

Honorable John G. Koeltl
500 Pearl STREET
New York, NY 10007