**MEMO ENDORSED**

RECEIVED
SDNY PRO SE OFFICE
'22 OCT 25 PM 2:45

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

David Gibson 15A2714

Write the full name of each plaintiff or petitioner.

Case No. 22 cv 1122 JGK

-against-

Superintendent Burnette

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that  Plntff  Movmant
                        plaintiff or defendant   name of party who is making the motion

requests that the Court:

That Court Make only Verbal Proceeding throw TelPhone via Skype

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents: Gibson v. Burnett et al

22-cv-1122-JGK

10-13-22
Dated

Signature

David Gibson
Name

15A2714
Prison Identification # (if incarcerated)

Marcy C.F. Box 360  Marcy    NY      13403
Address              City    State   Zip Code

646-436-2142 P.O.A
Telephone Number (if available)

E-mail Address (if available)

**SO ORDERED**
KENNETH M. KARAS U.S.D.J.

Plaintiff's motion for a hearing is denied. The Court respectfully directs the Clerk of the Court to mail Plaintiff a copy of all entries on the docket, including this order. If Plaintiff has any questions, the Pro Se Intake Unit can be reached by phone at 202-805-0175 or by mail at 300 Quarropas St., White Plains, NY, 10601.

10/28/2022