UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Gibson 15A2714

Write the full name of each plaintiff or petitioner.

Case No. 22 cv 01122 KMK

-against-

Edward Burnette Etc al

Write the full name of each defendant or respondent.

NOTICE OF MOTION

**MEMO ENDORSED**

PLEASE TAKE NOTICE that **Plyntiff** / **Movmunt**
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: To Order the Murcy Administrytion to Release Original Copy Docket 13 to Investigate who signed for the Dilivery P.O. Box 1245 the Defendant Place of Business

Order to Compel Original Copy Docket 13 Release, ~~[crossed out]~~

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents: Gibson v. Edward Burnette Etc al
~~[crossed out]~~ 22-cv-0112₺ KMK

~~[crossed out]~~ 12-8-22
Dated                                    Signature

David Gibson                             15A2714
Name                                     Prison Identification # (if incarcerated)

Murcy C.F. Box 3600    Murcy         NY         13403
Address                City          State      Zip Code

646-436-2142
Telephone Number (if available)          E-mail Address (if available)

[Stamp: RECEIVED DEC 22 2022 PRO SE OFFICE]

# Declaration of Service

I David Gibson, Pursuant to 28 U.S.C 1746 Declares under Penalty of Perjury as follows

I Served A Notice of Motion, Order to Compel for Many defendants to Release the original Copy of The Document I Paid 9.16 to deliver 3 Summons, 3 Complaints on 3 defendants Capt Burnett, Deputy A.Akinyombo RN D.Lebron. with Copys of Each Affidavit of Service to Captain Keirpeck, Capt Reardon, DSMH Medbury, Dr Schaffer

By Mailing First Class Mail to the addresses Listed below

Keith M. Karas
300 Quarropas Street
White Plains, NY 10601

Sworn to before me on this _____ day of _____ 2022

DAWN M. CALABRESE
NOTARY PUBLIC - STATE OF NEW YORK
Registration No. 01CA5032491
Qualified in Oneida County
Commission Expires: March 2, 2023

Notary Public

# Affidavit of Service

STATE OF New York)
County of ONEIDA)

I David Gibson, being First duly sworn deposes and says that:

I served true and exact copies of the foregoing documents: (1) letter to Captain Kempech dated 12/8/22, (1) letter to A. Schuller Inmate Records Coordinator Requesting All Records of Certified Mail upon Return 02/01/2023. And copys of Document from May 8, 2022 stamped May 12, 2022 Charged 9.16 to mail 3 summons, 3 Complaints to 3 defendants Supt Burpette, Deputy A. Akinyembo, RN D. Cebren.

by placing same in a postage paid and properly addressed wrapper and depositing same in a ~~[crossed out]~~ United States Postal box under the exclusive care and custody of the New York State Department of Corrections and Community Supervision, within the Marcy Correctional Facility to be served upon the below listed Persons:

Supt Reardon, DSNH McAuliy,
Captain Kempech, A. Schuller,
~~[crossed out]~~ Kenith M. Karas

Sworn to before me on
this _____ day of _____ 2022

_Dawn M. Calabrese_
Notary Public

DAWN M. CALABRESE
NOTARY PUBLIC - STATE OF NEW YORK
Registration No. 01CA5035491
Qualified in Oneida County
Commission Expires March 2, 2023

# Affidavit of Service

STATE OF New York)
County of ONEIDA)

I David Gibson, being first duly sworn, depose and says that:

I served true and Exact Copies of the foregoing documents:
(1) letter to Captain Kenpeck dated 12-8-22, (1) letter to A.Schuller Inmate Records Coordinator Requesting All Records of Certified mail upon Release 02/01/2023. And Copy of Disbursement Form May 8, 2022 Stamped May 12, 2022 Charged 9.16 to mail 3 Summons 3 Complaints to 3 defendants Supt Burnette, Deputy A. Akinyombo, RN D.Lebron.

by placing same in a postage paid and properly addressed wrapper and depository same in a United States Postal box under the exclusive Care and Custody of the New York State Department of Corrections and Community Supervision within the Marcy Correctional Facility to be served upon the below listed Persons

D.O.M.H Medbury, Supt Burnette,
Captain Kenpeck, A.Schuller,
District Judge Kenneth M. Karas

Sworn to before me on this ___ day of December 2022

Notary

DAWN M. CALABRESE
NOTARY PUBLIC - STATE OF NEW YORK
Registration No. 01CA5034491
Qualified in Oneida County
Commission Expires: March 2, 2023

# Affidavit of Service

STATE OF New York )
County of ONEIDA )

I David Gibson, being first duly sworn deposes and says that:

I have served true and exact copies of the foregoing documents (1) letter to Captain Keilpeck dated 12-8-22, (1) letter to A. Schaffer Inmate Records Coordinator Requesting All Records of Certified mail upon Release 02/01/2023. And copys of Disbursement from May 8, 2022 stamped May 12, 2022 Charged 9.16 to mail 3 summons, 3 complaints to 3 Defendants Supt Burnette, Deputy A. Akinyembo, RN D. Lebron

by Placing same in a Postage Paid and Properly addressed wrapper and depositing same in a United States Postal Box under the exclusive care and custody of the New York State Department of Corrections and Community Supervision, within the Mid-State Correctional Facility to be served upon the below listed Persons

A. Schaffer, Captain Keilpeck,
Supt Brandon, Daniel Medbury
~~Geen Deem~~ Kenith M. Karas

Sworn to before me on the 8th
day of December 2022

Devon McCabe
Notary

DAWN M. CALABRESE
NOTARY PUBLIC - STATE OF NEW YORK
Registration No. 01CA5038491
Qualified in Oneida County
Commission Expires: March 2, 2023

# Affidavit of Service

STATE of New York)
County of ONEIDA)

I David Gibson, being first duly sworn, deposes and says that:

I have served true and exact copies of the foregoing documents (1) letter to Captain Keilpeck dated 12-8-22, (1) letter to A. Schaffer Inmate Records Coordinator Requesting All Receipts of Certified Mail upon Release 02/01/2023 And copy of Disbursement from May 8, 2022 Stamped May 12, 2022 Charged 9.16 to Mail 3 Summons 3 Complaints to 3 Defendants Capt Burnett, Deputy A.Akinyombo, RN D.Lebron

by placing same in a postage paid and properly addressed wrapper and depositing same in a United States Postal Box under the exclusive care and custody of the New York State Department of Corrections and Community Supervision, within the Marcy Correctional Facility to be served upon the below listed Persons

Captain Keilpeck, A. Schaffer,
Supt Rawdon, D.Mill Medbury
~~scribbled~~ ~~scribbled~~ Kenth M. Kurus

Sworn to before me on the 8th day of December 20 22

_Dawn M. Calabrese_

Notary

DAWN M. CALABRESE
NOTARY PUBLIC - STATE OF NEW YORK
Registration No. 01CA5036191
Qualified in Oneida County
Commission Expires: March 2, 2023

: Plaintiff's motion is denied. As the Court has already explained, Plaintiff may not serve Defendants by certified mail (see Dkt. Nos. 33, 34), and the signature confirmation forms, whatever their content, would not alter this result, see Fed. R. Civ. P. 4. The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

1/23/2023



