# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Gibson

_____

Write the full name of each plaintiff or petitioner.

-against-

Edward Burnette et al

_____

Write the full name of each defendant or respondent.

Case No. 22 CV 1122 KmK

*Plaintiff's Motion is denied, as Plaintiff has not demonstrated that Defendants are in default. The Clerk of the Court is respectfully directed to close the pending motions (Dkt. Nos. 76 & 79) and mail a copy of this order to Plaintiff.*

**NOTICE OF MOTION**

*SO ORDERED.*

*3/26/2025*

PLEASE TAKE NOTICE that ~~the plaintiff~~ Plaintiff David Gibson
plaintiff or defendant     name of party who is making the motion

requests that the Court: Refile memorundum of law
And order show cause with Exhibit
Proof service under N.Y.J.C.L.R law
308 309 310 Pierm Review ?

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents: Order show B cause
memorujum

Dated  3-20-25

Signature

Name  David Gibson

Prison Identification # (if incarcerated)

Address  4081 DE Remier Ave    City  Bronx    State  NY    Zip Code  10466

Telephone Number (if available)                E-mail Address (if available)

CC A.A
VIA Ecf

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## DISBURSEMENT OR REFUND REQUEST

NAME

CODE TYPE

INCARCERATED INDIVIDUAL NUMBER

DATE

SHORT NAME

FIRST 3 OF LAST NAME
FIRST INITIAL

CELL LOCATION

20

COMMISSARY PRODUCT GROUP

SENT TO CODE (SEE TABLE B-57)

CHECK/ORDER NUMBER

RECEIVED

MAY 12 2022

INMATE ACCOUNTS
MARCY C.F.

RIGHT ADJUSTED WITH LEADING ZEROS

AMOUNT $

SENT TO OR PURCHASE FROM:

LAST NAME

FIRST NAME

MI

SUF

ADDRESS

APT. NO.

CITY

STATE

ZIP CODE

APPROVED

(SOURCE AREA)

DATE

APPROVED

(BUSINESS OFFICE)

DATE

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

(INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (06/21)

Original - Business Office     Yellow - Approving Office     Pink - Incarcerated Individual

U.S. District Court

for the

Southern District (White Plains)

IN the MATTER of the Application of

David Gibson  # 15A2714                    Order to Show Cause
                     Petitioner            22-CV-01122 KMK

v.

Edward Burnette, Et al
                Respondent

For Judgement By Default Pursuant to
FRAP Rule 12 [illegible] Prison Litigation Reform Act
§(2) (g) (2) Failure to Respond quarter or more
within 21 days
U.S. District Court S.D.N.Y (White Plains)
Honorable Judge Karas District Judge

References David Gibson 15A2714
                     Pro-se

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

This ex Parte Matter was Referred to my attention at a term
of the U.S. District court Westchester county Judge Karas
in Courtroom 521 of the U.S. Courthouse, White Plains, New York

Upon Reading of the Petition, Sworn to on the ____ day
of ____ 20 ____.

Let the Respondents Show Cause at a Special term of this U.S.
Courthouse Courtroom 521 White Plains, NY to be Held in and for the
County of ____ on the ____ day of ____ at the
Courthouse located at ____                          New York

Why the Relief Requested in the Petition should Not Granted. It Is
                                                    See Attached

Case 7:22-cv-01122-KMK    Document 29    Filed 03/26/25    Page 4 of 50

Attached
Order Show Cause

Ordered, that service of this order to show Cause
Why

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840   (3/2011)

| | For Court Clerk Use Only: |
|---|---|
| | IAS Entry Date |
| | Judge Assigned |
| | RJI Date |

_Supreme_ **District S.Duly.y** COURT, COUNTY OF **White Plains**

Index No: **7:22-cv-01122-KMK** Date Index Issued: **09/07/2022**

**CAPTION:** Enter the complete case caption. Do not use et al or et ano or more space is required, attach a caption rider sheet.

David Gibson 15A2Y14

**Plaintiff(s)/Petitioner(s)**

-against-

Edward Bernette Etcal

**Defendant(s)/Respondent(s)**

## NATURE OF ACTION OR PROCEEDING:   Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ○ Contested
- ○ Uncontested
  NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum.

**TORTS**
- ○ Asbestos
- ○ Breast Implant
- ○ Environmental: _____ (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____ (specify)
- ○ Other Negligence: _____ (specify)
- ○ Other Professional Malpractice: _____ (specify)
- ○ Other Tort: _____ (specify)

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution   [see NOTE under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other: _____ (specify)

**COMMERCIAL**
- ○ Business Entity (including corporations, partnerships, LLCs, etc.)
- ○ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ○ Other Commercial: _____ (specify)

  NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

**REAL PROPERTY:**   How many properties does the application include? _____
- ○ Condemnation
- ○ Foreclosure
Property Address: _____
Street Address   City   State   Zip
  NOTE: For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- ○ Tax Certiorari - Section: _____ Block: _____ Lot: _____
- ○ Other Real Property: _____ (specify)

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration)   [see NOTE under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____ (specify)
- ○ Other Special Proceeding: **Order Show Cause** (specify)

## STATUS OF ACTION OR PROCEEDING:   Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ○ | ○ | If yes, date filed: **05/08/2022** |
| Is this action/proceeding being filed post-judgment? | ○ | ○ | If yes, judgment date: _____ |

## NATURE OF JUDICIAL INTERVENTION   Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ◉ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice   Date Issue Joined: _____
- ○ Notice of Motion     Relief Sought: _____   Return Date: _____
- ○ Notice of Petition    Relief Sought: _____   Return Date: _____
- ◉ Order to Show Cause   Relief Sought: Default Judgement   Return Date: _____
- ○ Other Ex Parte Application   Relief Sought: _____
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

### RELATED CASES:
List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the RJI Addendum. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| Gibson v. St. Elizabeth Hosp | 22-CV-4213 KMK | S.D.N.Y | Judge Karas | Plaintiff |
|  |  |  |  |  |
|  |  |  |  |  |

### PARTIES:
If additional space is required, complete and attach the RJI Addendum. For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant, 3rd-party plaintiff). | Attorneys: Provide name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | Burnette Edmister Primary Role: Superintendent Secondary Role (if any): | Last Name: Lawrence   First Name: Bahiya   New York State Attorney General   Street Address: 28 Liberty St   City: NY   State: NY   Zip: 10005   Phone:   Fax:   e-mail: | ◉ YES  ○ NO | |
| ☐ | Cochran Danielle Primary Role: RN Secondary Role (if any): | Last Name:   First Name:   Firm Name:   Street Address:   City:   State:   Zip:   Phone:   Fax:   e-mail: | ◉ YES  ○ NO | |
| ☐ | Akingomba First Name: Dept of Health Primary Role: Secondary Role (if any): | Last Name:   First Name:   Firm Name:   Street Address:   City:   State:   Zip:   Phone:   Fax:   e-mail: | ◉ YES  ○ NO | |
| ☐ | Last Name: First Name: Primary Role: Secondary Role (if any): | Last Name:   First Name:   Firm Name:   Street Address:   City:   State:   Zip:   Phone:   Fax:   e-mail: | ○ YES  ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: 11-1-22

_Pro-Se_
**ATTORNEY REGISTRATION NUMBER**

_Devid Gibson_   SIGNATURE
**PRINT OR TYPE NAME**

[Print Form]

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

U.S. District Court
for the
Southern District of New York (White Plains)

IN the MATTER of the Application of

David Gibson # 15A2714
                    Petitioner

          V

Edward Bernette Et al
                    Respondent

Affidavit IN support
of AN order to
Show cause
'22-CV-01122 (KMK)

For Judgement Pursuant to
FRAP of the civil Practice of
law and Rules
STATE of New York)  ss.:
COUNTY of westchester)

David Gibson, being duly Sworn deposes and says
1. I am the Petitioner in the Above entitled matter and
am currently Incarcerated at Marcy c.f. Box 3600 Marcy, NY
13403-3600 2. Petitioner makes this affidavit in support
of the inmates application for an order to show cause to Prosecute
the attached Verified Petition Relief Pursuant to Default Judgement
FRAP Rules 12 Failure to answer or Move 3. The Petitioner challenges
a determination made by the Respondent on 05 08 2022 denying
his. On 05/08/2022 Plaintiff Serves 3 Complaints S Summons to
3 Defendants Edward Burnette, Danille Cebron, DOH Akinyombo First Clear
mail, Certified mail, Return Recipt In Comply with Rule 4(n) And Rule
4(i)(3) Validity of Service Amending Proof Please See Docket No. 13
these Defendants Edward Burnette, Deputy of Health Akinyombo, RN Danille Cebron
Failed to answer or Move within 21 day after Service    Notary unavailable

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

U.S. District Court
of the
Southern District of New York

IN the MATTER of the Application of

David Gibson # 15A2114
                    Petitioner,                    Verified Petition
                                                    22-CV-01122-KMK
            V

Edward Burnette et.al.


For a Judgement By Default Pursuant to
FRAP Rule 12 PLRA 3(2)(9)(2)
Failure to Respond or Move


To the U.S. District Court Room 521 Civi Courthouse

White Plains, NY

The Petition of David Gibson Respectfully alleges

1) This a Special Proceeding Brought Pursuant to ~~Same~~ Order Show and

Cause            Nature of The Proceeding

2) The Petitioner Challenges a determination made by the

Respondents on May 8, 2022 Failing to Answer or Move to

His 3 Summons 3 Complaints for 3 defendants within 21 days

Of the Service Plaintiff Serves on The Defendant First Class mail,

Certified Mail Signature Confirmation May 8, 2022 Please See Docket No

13 Under Rule 4(I)(3) Disbursement used to Pay for Service

Stamped May 12, 2022 By Marcy C.F. Inmate Accounts (3) The Petitioner

Contends that the Respondents Provide Burden of Proof They Were NOT

Served (4) ~~No~~ Previous Application for Relief sought herin has

been Made See Docket No(s) 13, 17, 18, 19, 20, 21, 22, 24.

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Attached

U.S. District
Of the Southern District
Of New York

PROPOSES default Judgen

IN the MATTer Of the application
Of Dennis Gibson #15A2714            22-CV-01122-KMK

V.

Edward Burnette etc.91

(1)(A) FRCP 55 On May 8, 2022 Plantiff served 3 defendants
the 3 defendants Defaulted as a Matter Of law fed.R.Civ.P. 12(a)(c)(2) and(3)
Rule 12 of FRCP They didn't Awnser OR Move Please See Docket No.
13 Disbursoments Paid For Postage First Class, Mail, Certified MYnh, Return
Reciept With all 3 Numer Addresses to All 3 Defendants FRCP 4(l)(3)
Please See Item Discription Plantiff Sent the only Copy Of Summons Phoof
Of Service to defendants Under FRCP 4(E)(3) "Validity Phoof of Service"
Pleare See Docket No. 24 Incarcerated Individual CoRRespondence
Phegram N.Y.S.D.C.C.S Defective 4422 7 to 22.

(B) StATment Of Injuries and Damages Plantiff was forced to
Have Spark Stuck inside Him 89 days, Plantiff lost his Releare date
Mentailly thaumatized due to Hardship and CAusd uncoual Punishment
Damages in Complaint 6 million in Money Damges in Punotive
And Compensation Relief (C) Please See Attorney Affidavit
PRo-Se Attached

RE....D
NOV 15 2022
U.S.D.C.
W.P.

# Attorney Affidavit PRO-se

STATE OF New York)

County of ONieRus)

I Denis Gibson , Being First duly Sworn depose
and says that:
(I) Pursuant to 3931 Protection of servicemembers against default Judgment
Under Penalty of Perjury, The Following defendant(s) Were not
and or Not in Millatary services oR on duty for the Millatury
at time of service of complaint and sommons within FRCP Rule 12.
A Default Judgement is appropriate Plantiff Serves All 3 Defendants
First Class Mail, Certified mail, Signature Confirmation. And Places 3 defendants
3 sommens 3 complaints on N.Y.S.D.c.v.c.c.s Disbursements Paid 9.16 Per Defendant
4422. Everything must match Please see Docket No. 13, 2nd, 24 and 9
Exhibits Attached. 5 Page Declaration (II) A Default Judgement Is
applicable to fewer than all Defendant Because at the time of service
There was only 3 Defendants. Superintendent Burnette, Deputy of Health
Akinyomba, And RN Denille Cebron. The AAG Didit Identify the John and
June does infill May 13, 2022. Plantiff Effected service of sommeans
and complaint May 8, 2022 under "MailBox Rule". (III) The Court may
appropriately order a default Judge on issues of liability and or damages
Prior to Resolution of the Intire Action. (VII) The Proposed Damages and
the basis each element is 2 million of each defendant for money
damages, and Enhancement for Puntuative Damages, and Compensative.
No Attorney Fees Pro-se (IV) legal Authority for why an inquest
would be Unnecessary, Under Riley & Ethiram Const Co. INC N w.s. When
First Class Mail, Certified Mail, Signature Confirmation. Is sent to goverment official
P.O. Box 1245 It Reaces at Post office & it consiterus Received "Will Compel
Attaches

Attorney Affidavit Attached

Motion Granted for Facility Marcy C.F. to Produce Original Copy, of The Disbursement used to Pay for First Class, Certified mail, signature Confirmation - Check/order Number to these Certified mail Receipt (2) Per N.Y.S.O.D. O.C.C.S. Defective 4422 Inmate Records Has a copy Please See 9 Exhibits Attached to Declaration. Plantiff facility To Not Giving to him OR NRU-FOIA-71-038. See Exhibit 7,8,9; The Court will See the defendents Recived 3 Summons, 3 Claims, Grand May 25, 2020. Plantiff Mailed The Summons and Complaints on May 8, 2022. "the Mailbox Rule." (D) Copies of All Pleading Please See Declaration, Exhibits Attached, Docket No. 13, 17, 19, 18, 20, 21, 22, And 24. (E) Plantiff Serves the Original Copy of Summons and Proof of service, with Complaint And Per N.Y.S.D.o.c.c.S Policy and Defective used One Manella Envelope, with All 3 Defendant Names. Per Rule 4 They are all great the same Docts. and 4 (E)(3) Please See Docket No. 13 Item Discription 3 Summons, 3 Complaints, 3 Defendents. As Proof of service Stamped May 12, 2022 by Plantiff facility Inmate Accounts. F. Please See letter to Clerk and Docket. Defendents Never answered or moved, Per Dockes And letters. Requesting Certificate Requesting If answer was filed.

Swoin to me before me on
this    7th    day of November 20 22

Notary Public

Sworn to be ~~true under Penalty~~ Perjury

AMANDA JO MAYNE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6414122
Qualified in Jefferson County
My Commission Expires: 2-16-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

David Gibson 15A2714

Write the full name of each plaintiff or petitioner.

Case No. 22 CV 0122 - KMK

-against-

Superintendent Burnette, Danille Celvoni

Deputy of Health Akinyombo Etc: Al

Write the full name of each defendant or respondent.

NOTICE OF MOTION

RECEIVED
NOV 15 2022
PRO SE OFFICE

PLEASE TAKE NOTICE that    Plantoff                    Movment
                          _____            _____
                          plaintiff or defendant      name of party who is making the motion

requests that the Court:

Response too Court
Order to Show And Cause, Default Judgement. Motion, Order to Compel   For A Against
                                                                      Facility Relate
Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or   Conutive Mail
the statute under which you are making the motion, if you know.

Show and cause

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents:   Gibson v. Burnett et al

22-cv-1122-KMK KMK

11-6-22
_____
Dated

David Gibson
_____
Name

Macey C.F. Box 3600    Marey          NY        13403
_____    _____    _____    _____
Address                City          State      Zip Code

646-436-2142 Powe Attorney
_____
Telephone Number (if available)

Signature

15A2714
_____
Prison Identification # (if incarcerated)

E-mail Address (if available)

SDNY Rev: 5/24/2016

To: Clerk of S.D.N.Y (White Plains)

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

RE: David Gibson V. Edward Burnetto 22-cv-01122

RECEIVED
NOV 15 2022
PRO SE OFFICE

Dear Clerk,

Enclosed Is a application for order to show & cause, Notice of Motion, My own Declaration, Affirmation, OR Affadavit, A Verifies Petition, Affidavit In support show & cause Notary unavailbal, Proposed default Judgement, Affidavit of serving Declaration of service Attorney Affidavit 9 Exhibit (1) letter to Pro-Se White Dated 6-9-22 Exhibit (2) A letter From V. Nuriega Responsing To letter 6-9-22, Exhibit (3) letter Inmate Account 7-26-22 At bottum there Response 7-27-22 signed Mail Room Exhibit (4) letter to Mailroom 7-27-22, Exhibit (5) letter to P. Howson Superint Dated 8-4-22 Executive officer stamp 8-5-22, Exhibit (6) Mercy Cpl. Message In script telling Plaintiff mail Issue been addressed He will Placed on negative Corr ence over the matter, Exhibit (7) letter to FOIA Justice management about MRU FOIA-71-038, Exhibit (8) Attachmes to Exhibit 7, Exhibit (9) Pheof of Id For FoIA. CAN You Pheare Send me a Certificate Stating No Answer Has been filed? Also I am only sending the Exhibits to You dont have copy for A.A.G Lawhern The Deadline Is 11-26-22 Pheare Deliver to Honorable Karas for consideration.

Respestfully

Davie Gibson

Enc: Notice of Motion
My own Declaration, Affirmation,
or Affidavit, Order to show curse,
Verifies Petition, Affidavit in support
show and cause, Proposed Default Judgement
Affadavit of service, Attorney Affidavit,
Declaration of service, & Exhibit
Letter to Clerk, Declaration



RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Declaration of Service

David Gibson, Pursuant to 28 U.S.C. 1746, declares
under penalty of perjury as follows

That on November 7 ___ 2022 I serve copy(s)
of a Notice of Motion, my own Declaration, Affirmation or affidavit,
Order to show and Cause (2) pages, Verified Petition (N page, Affidavit IN
Support of an Order to show and Cause (N pages, Proposed, default judgement
Pages, Affidavit of service 1 page, Attorney Affidavit 2 pages, 5 page deck
(9) Exhibit's, (1) Declaration of service, (1) letter to court clerk

On the Court Clerk And Defendant's Attorney by Mailing
Via United States Postal Service to the following
addresses First Class, Certified mail signature confirmation

Court Clerk U.S. S.D.N.Y
300 Quarropas Street
White Plains, NY ~~Boss~~ 10601-4150
~~#~~ 7022 2410 0000 9686 3365
Batiya Lawrence D.A.G
28 Liberty Street New York, NY 10005
# 7022 2410 0000 9686 3167

Sworn to before me on
this 7th ___ day of November 2022

Notary Public

AMANDA JO MAYNE
NOTARY PUBLIC, STATE OF NEW

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Affidavit Of service

STATE OF New York)
(county of ONEIDA)

I David Gibson, being First duly sworn deposes and says that:

I Have served true and Exact copies of the forgoing documents: MY own declaration, affirmation, OR affidavit, Notice of Motion, 5 Page Declaration 9 Exhibits, Declaration Of service, And Affidavit of service, ORder to show cause Default Jidgement letter to court Clerk, Attorney Affidavit Verified Petition, Affidavit Show causing Proposed Default by Placing in a Postage Paid and Properly addressed WRapper And depositing same in a United States Postal Box under the Exclusive care and custody of New York State Department of Corrections and Community Supervision within the Mercy Correctional Facility to be served upon the below listed Persons

Court Clerk U.S. District S.D.N.Y
(White Plains) 300 QuARRoPas Stheet
White Plains NY 10601, Bchiya lawrence 28 liberty st New York, NY 10005

Sworn to before me on
this 7th day of November 20 22

Notary Public

AMANDA JO MAYNE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6414122
Qualified in Jefferson County
My Commission Expires: 2-16-2025

Case 7:22-cv-01122-KMK    Document 81    Filed 03/26/25    Page 16 of 50



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



David Gibson    15A2714

_____

Fill in above the full name of each plaintiff or petitioner.

Case No. 22 CV 01122 KMK

-against-

SUperintendent Burnette, RN Danille
Cobbon, Depaty of Medical Atkinyonnoo
Ete:Al

_____

Fill in above the full name of each defendant or
respondent.

## DECLARATION

ORder to Show And Cause Judgement By Default
Default Judgement, Responce cant order show cause

Briefly explain above the purpose of the declaration, for example, "In Opposition to Defendant's
Motion for Summary Judgment."

I David Gibson 15A2714 , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

On May 8, 2022 Plantiff Gave Prison Authority a One Menilla
envelope First Class, Certified mail, Signature Confirmation. May 12, 2022
marcy Inmate Account's stamped the Disbursement Were Plantiff Placed
On Item discription 3 Sommons 3 Claims 3 Defendant's on the
Disbersment, Envelope, Certified mail First Class mail Reapt, Signatute

Rev. 6/30/16

Addendum
2 of 9

# Declaration

Confirmation, All 3 Defendants Names Job Titles and Mailed it May 8, 2022 to there Fishkill C.f. P.O. Box 1245, the Same Address on Complaint Please see Docket #1 (Address) Docket # 13 Please see Disbursement that was sent with law library slip, Attached Exhibit 1 letter to Pro-Se Office Dates 6-9-22. then Please see Exhibit 2, From V. Noriega Pro Se Intake Unit RE: letter Plantiff Re-submitted Same letter, law library slip, And Disbursement On Docket #13 Date Please see May 8, 2022, Under Mail Box Rule Plantiff Timley Filed And Sent 3 Summons 3 Claim's to 3 Defendant's. Please see N.Y.S.D.O.C.C.S Directive 4422 Correspondence Program, Everything Must Match Please see 7 thru 13 Docket #24. All Overdrive Envelopes Must Be Inspected, And Everything Must Match or will Be Returned. If on Item Description 3 Summons 3 Claims 3 Defendants And on First Name, Last Name, MI Suff Please See Docket #13. It Says Superintendent Bentette, RN Danile Lebron, And Deputy of Health Akinyombo, And Under "Riley & Ephrian Const Co. In V. U.S." Under Postal Services When the Post office Reciver Filed Chaos, Certified Mail, Signature Confirmation, When it gets to the Post office It Is Considered Reched, The Post office Places a Note In there "Goverment P.O." Box. that Is emptied 5 days a week beside's Federal Holidays, And the Certified Mail, First class mail, Signature Confirmation Is Held at Front Desk" This Is one Goverment Po. Box Marry to Another Fishkill", these are

Attached
3 of 3

Declaration

CORRectional Facility P.o. Box","Not Recent front Desk,"
"Not Home Address", to A Superintendent Whoms Name
Was First, Deputy of Medical, And RN. Plantiff Has
been trying to Verify Since July. Please See Exhibit 3
letter to Inmate Accounts Dates 7-26-22, My Facility
Has And Is Putting Blockades up.[9] Please See Exhibit 4,
Please See Exhibit 5, Plantiff wrote superintendent (my defendant
in 9:22-cv-0023 BKS) letter Dated 8-4-22 Complaing about
Facility Not tracking CRSP's H, Please see there Response
Exhibit 6. Were the Superintendent Assistant OR Administration
office Dates 8-5-22 Message,"were they tell me
that If I write them again they will Place me on  Negative
CoRRespondence"; Plantiff then Goes to FOIA Act Request
MRU-FOIA-71-038. [21]"Were I Ask for All mail"
8-14-22 First class mail, Legal free mail, Signature Confirmation
7021197000087268859, 9540942749820994798 Please
See Exhibit 7,8,9. Plantiff Never Receives any Notice of
Reynsigment of my case, dated 8-11-22 on Docket.
Docket # 17 throw 24 Is motions for Default; Plantiff
was Not Aware Honorable John G. Keeftt wasn't His Judge"
[10] I Have Been Complaing of mail tempering, Docket # 18
says "7-22-22 I Got 9 "CA)" Not 9 Were Mercy
Lift Stole my mail. Please See Docket # 20, 24.
[13] Docket No. 8 was the first time Plantiff was made aware
who Defendants Attorney was AAG Lawrence. Plantiff mailed
3 Sommons 3 complaints to 3 Defendant May 8, 2022 the

Attached
4 of 4

Declaration

Federal Mail Box Rule When Plantiff Giver the mail
to Prison Authorityo. The Defendants Were Aware
Thyte the Process was Going on. Under "Burda Media Inc
V. Viertel 2nd cir 2000" under FRAP 4 (4m) By Docket
#8 should Have Filed 4 And 41, But Dint
the Defendant were Relying on Proof of Service scheme.
But For Docket "Policy" 4422 Everything Must be
Inspected, Match, Verifyes Before Stamped. D.O.C.C.S Is
Considered CORRespondence, In All It Is Places In
Post Office Hand Is A considered Mail. All oversize
Envelopes must be left Open, for Inspection And If
You Place 3 names on Disbursment, It Must be 3 names
on Envelope. And If You Place what Is the Items
Discription. must Be Verifyes and match Before Stamped.
Plantiff wrote the Phrose offices Exactly after He
didnt Get a Response. He didnd Force a Default Judgement.
He was Not Aware Ho Judge was Changed. All
3 Defendents was Served at the Place of Employement.
And It was Sent Signature Confirmation, Certified Mail,
First Class Mail, Postage Paid. Under N.Y.S.D.O.C.C.S
Derective 4422 Inmates Cant Recive No Envelopes
But STATE Envelopes OR large Envelopes. You cant have
Pre Paid Envelopes. And the Prison System Mean Sanitgant
Mail System OR Mechanism. Is First class mail Postage
Paid Certified Mail, Signature Confirmation. Plantiff
Paid 9.16 Were He Places All 3 Defendants Name on
His Manila Envelope. Were He Is only allowed One Per month.

Attached
5 of 5

## Declaration

Pleaye See Docket No. 13 [14] And [1] The Dirbursment and
the [2] law library slip. who then didn't Respond because
were Not Aware Of Item Discription "As Proof of Service".
Plantiff would like the Court to Make His facility
Show the original Copy. of the Dirbursment, and Also
Use FOIA Request MRU-FOIA-71-038 to show
When Exactly did the Summens ans Complaint Reached
P.o. Box 1245 Fishkill C.F. [20] Marcy Post office Mailed
out. Plantiff Is entitled to Relief of Default Judgement
on Defendants Edward Bernetty Danielle Cabron, And
AKinyenbu. [21] who Didn't Respond or Reply answer or More
under Rule 12 of the FRAP 12 (a) (2) or (3). [22] Plantiff
Job Is to Provide Burden of Proof C Dirbursment Paid
9.16 All 3 names, Item Docription, Dates may 8, 2022
Stamped Marcy Inmate Accounts may 12, 2022. "3 Summens
3 Claim's, 3 Defendant" He served them It Is the
Non movment Party to show they were Not served's under
Mail Box Rule, N.Y.O.Dou.c.s Directon 4422, First Class
mail. (Proper Service)" And one Goverment P.o. Box to Another
Marcy to Fishkill". It Is 100% Clear Sign of Default
by Defendant.

David Gibson  15A2714
11-6-22
Marcy C.F. Box 3600        Marcy NY 13403
C4L 436-2142  Power Attorney

Exhibit 1.

6-9-22

TO: PRO SE INTAKE

FROM: David Gibson 15A2714
        B1-20 cell

I can only get one Manilly Envelope
Every 30 days SEE Marcy law liburary slip
Now on 5-12-22 I sent certified mail Return
Recipt To All 3 Defendants with All 3
of there numbers on the Disbursment And
certified mail slip they Never Returned the
Return Recipt please see Disbursment And
see it stamped by INMate Accounts

CC: File

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Exhibit 2



# United States District Court
## Southern District of New York
### Pro Se Intake Unit

**To:**    David Gibson
**From:**  V.Noriega, Pro Se Intake Unit
**Date:**  June 16, 2022
**Re:**    Letter

The attached document, which was received by the Pro Se Intake Unit on June 16, 2022, is being returned to you for the following reason:

Please provide a Southern District of New York docket number for your document.

Please contact the Pro Se Intake Unit if you have any questions.



RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Exhibit 3

TO: INMATE ACCOUNTS          7-26-22

From: David Gibson 15A2714
              B1-20-Cell

On May 15, 2022 I Sent A MM Certified Mail Return Recipt to RN Cebron, Danielle, Superintendent ~~xxxxx~~ ~~xxxxx~~ Burnette It Coot me 9,16 I Have the Disbursment but it Is Not Clear enuff to See What was the UPS tracking Number to That Disbursment I Need it for Proof of Service for Court Documents this Is the Secound time I am writing You Pleyse

Reopectfully

CC: File
     Dep Admin

7-27-22
I am not finding a recording in my log book for the above. We do not log in certified mail receipt #'s so be Sure to write them down.
                    MM- mail room

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Exhibit 4

To: MailRoom                                    7-27-22

From: David Gibson 15A2714
        B1-20-Cell

If I ASK for Record's and I Say May 15, 2022
And It Really May 12, 2022 MaM Is it Not Your
duty due dilligence or Doc's Policy To locate? Mrs. I have
Sent 30+ Certified Mail's out. Not one Time Have you sent the
The Recpt from the U.S.P.S/UPS The Yellow one with the
Tracking Number Soo (1) You are Not giving it to me or (2)
The U.S.P.S Isn't giving it to you (2) It way More of
a Due Process Violation Now on May 12, 2022 Inmate
Account Stamped (*via* Copy Mail ETC.) 9.16 Item
discription 5 Sommoms 3 Claims 8 Defendant All Mostlly
Envelope's I leave open Per detective I Pay 9.16 Soo You
Keep Record Inmate Accounts/ U.S.P.S? what Is the
Tracking Number UPS And Check/order Number And
MRs I am fully aware You Should have 43 Really 4.3
Recipts for Me whai Is the United States Postal service
Tracking Number When did it Get to FishKill c.f. 05/12/2022
All I Need Now.

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Exhibit 5

8-4-22

To: P. Reardon Superintendent

From: David Gibson 15A2714
            B1-20-Cell

Can You Please explain to me Why I've
Requested my Certified mail from 5-12-22
that Has Nothing to due with You, or Your
facility I Paid 9.16 For A tracking #
Then when I write the ~~Inmate~~ Inmate
Account the mail Room writes buck I am
aware about the Post office Return sending and
Your staff mail tampering and the JPay Scheme
I will be Filing on both in Near future
Please give me my U.S.P.S Tracking
Number For 5-12-22 Please

MARCY CORRECTIONAL FACILITY

AUG 05 2022

EXECUTIVE OFFICE

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**MARCY CORRECTIONAL FACILITY**

TO: _Gibson, David_     DIN: _15A2714_

CELL LOCATION: _RM B1-20_

| MESSAGE |
| --- |

Mr. Gibson,

    Your request/complaint regarding registered mail has been addressed and responded to on multiple occasions.

In summary, when the post office (USPS) sends us the receipt, it is forwarded to you.

Any further correspondence from you regarding this issue will be returned to you with the assumption that you have gotten this response.

No further correspondence is necessary.

DATE: _0/5/22_     SIGNED: _[signature]_

MA116 (02/08)

Exh/017

To: FOIA/PA Justice Management Division            8-14-22

From: David N Gibson 15A2714 MRV-FOIA-71-088

RE: Freedom of Information Act Request

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

On 5-5-22 I was Assaulted by 7 Guards in Marcy RMHU Program 9Rcg, Hallway, 1st floor Shower I was Given Audio but No Video The Video Need be De-Coded All Cameras in Marcy RMHU Connect to N.Y.S.D.O.C.C.S "Central office" The Harriman State Campus Bldg 2, 4 1220 Washington Avenue Albany, NY 12226-2050 For this I Filed Civil Case David Gibson v. Patrick Bearden 9:22-CV-00723 BKx/CHH I would like the Video At Starting time 1:00PM RMHU Program 9Rcg All the way to my Cell B1-20-cell For log No. MCY-0116-22

2# I Filed 3 Summons 3 Claims to 3 defendants Some time APBox May 12, 2022 and 15 I Placed Certified Mail and Adore on Item discription I forgot to Put date on Proof of Service But for Pro-se Status Item discription Serves as Proof for Civil Case 22-CV-1122-J6K I'd like every Certified Mail, Return Recip Number, legal Mail from Government agency Sent outgoing and Incoming and Return sender for Civil Case 9:22-CV-00723 David Gibson v. Patrick Bearden Due to Mail tampering I Need Date, time Etc: The organization That Has These Records Is Postmaster General U.S.P.S 5735 Cavanaugh Road Marcy NY 13403

See Attached

Exhibit 8

Attached

GIAPA Justice Mangement Division

3) On 6-7-22 C.O. V "John Doe" slamed my finger in Cell window B1-20-cell taking whole layer off I foiled and was given ~~XXX~~ Foil log No. Mcy-0014-22 I was told A lie saying video was unRecoverable for Civl Case 9:22-CV-00723 David Gibson V. Patrick Reardon Bks again all videos in Mercy RMHU Connect to N.Y.S.D.O.C.C.S "Central office" the Harriman State Campus Bldg 2,4 1220 Washington Avenue Albany NY 12226-2050 6-7-22 B1-20-Cell Starting time 6:00 Pm Ending 8:00 Pm Please Can You Recover these Requests.

Respectfully

File
CC: Enclosed Foil Request (3)
      PRoof Identity

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Exhibit 4    Certification Of Identity

To: DOJ/FOIA/PA

FRom: David Neville Gibson    Din 15A2714

D.O.B: 12/29/94

Current Address: Marcy C.F. Box 3600 Marcy NY 13403

Place Of Birth: Mount Vernon Hospital

Social Security: Unknown

Citizenship Status: American

This Pursuant to U.S.C section 552a(b) I Authorize the U.S. Department of Justice to Release any and all Infor Relating to me to: FOIA/PA and Doreen Peart Grandmother

Sworn to Before me on this 13th day of August 2022

Notary Public

RECEIVED
NOV 15 2022
U.S. D.O.
J.D.

AMANDA JO MAYNE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6414122
Qualified in Jefferson County
My Commission Expires: 2/16/2028

**MEMO ENDORSED**

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

David Gibson 15A2714
_____

Write the full name of each plaintiff or petitioner.

Case No. 22 CV 01122 - KMK

-against-

Superintendent Burnette, Danille Cebroni
_____

Deputy of Health Akinyombo Etc. Al
_____
Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

RECEIVED
NOV 15 2022
PRO SE OFFICE

PLEASE TAKE NOTICE that     Plaintiff          Movment
                        _____   _____
                        plaintiff or defendant   name of party who is making the motion

requests that the Court:

Response too Court                    Show and cause

Order to Show And Cause. Default Judgement Motion, Order to Compel    Fault Against
                                                                     Facilty Reture
Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or    Conitive MAN
the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents:   Gibson v. Burnett et al

22-cv-1122-KMK KMK

11-6-22
_____            Signature _____
Dated

David Gibson                       15A2714
_____            _____
Name                               Prison Identification # (if incarcerated)

Marcy Cif. Box 3600    Marcy         NY      13403
_____  _____  _____  _____
Address                  City        State   Zip Code

646-436-2142 Powe Attorney
_____            _____
Telephone Number (if available)    E-mail Address (if available)

SDNY Rev: 5/24/2016

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

RECEIVED
NOV 15 2022
PRO SE OFFICE

To: Clerk of S.D.N.Y (White Plains)

RE: David Gibson V. Edward Burnette 22-cv-01122

Dear Clerk,

Enclosed Is a application for order to show & cause, Notice
of Motion, My own Declaration, Affirmation, or Affadivit, A Verified
Petition, Affidavit In support show & cause Notary unAvailable Proposed
default Judgement, Affidavit of Service, Declaration of Service
Attorney Affidavit & Exhibit (1) letter to PRo-se White Dated 6-9-22
Exhibit (2) A letter From V. Nutriga Responding To letter 6-9-22, Exhibit(3)
letter Inmate Account 7-26-22 At bottom there Response 7-27-22 signed Mail Room
Exhibit(4) letter to Mailroom 7-27-22, Exhibit(5) letter to P.Keuven Superint
Dated 8-4-22 Executive officer stamp 8-5-22, Exhibit(6) Marcy C.F. Message
In script telling Plaintiff mail Issue been addressed He will Placed on negative Corr
ence over the matter, Exhibit(7) letter to FOIA Justice managment about MRV
FOIA-71-038, Exhibit (8) Attornies to Exhibit 7, Exhibit(9) Proof of Id
For FOIA. CAN You Please send me a Certificate Stating No answer
Has been Filed? Also I am only sending the Exhibits to You dont have
copy For A.A.G Lawrenn the Deadline Is 11-26-22 Please Deliver
to Honorable Karas For Consideration.

Respectfully

David Gibson

Enc: Notice of Motion
     my own Declaration, Affirmation,
or Affidavit, Order to show cause,
Verified Petition, Affidavit in support
show and cause, Proposed Default Judgement
Affadavit of service, Attorney Affidavit,
Declaration of service & Exhibits
letter to Clerk, Declaration

RECEIVED

NOV 15 2022

U.S.D.C.
W.P.

# Declaration of Service

David Gibson, Pursuant to 28 U.S.C. 1746, declare
under Penalty of Perjury as follows

That on November 7 _____ 2022 I serve Copy(s)
Of 9 Notice of Motion, my own Declaration, Affirmation or affirm
Order to show and cause (2) Pages, Verified Petition (3 Page, Affidavit IN
Support of an Order to show and cause (3 Page, Proposes default Judgment
Page, Affidavit of service 1 Page, Attorney Affidavit 2 Pages, 5 Page deck
(9) Exhibit's, (1) Declaration of Service, (1) letter to court clerk

On The Court Clerk And Defendant's Attorney by mailing
via United States Postal Service to the following
address First Class, Certified mail signature confirmation

Court Clerk U.S. S.D.N.Y
300 Quarropas Street
White Plains, NY ~~10601~~ 10601-4150
~~#~~ 70222410 0000 9686 3365
Bahiya Lawrence A.A.G
28 Liberty Street New York, NY 10005
# 70222410 0000 9686 3167

SWORN To before me on
this 7th day of November 2022

Notary Public

AMANDA JO MAYNE
NOTARY PUBLIC, STATE OF NEW...

RECEIVED
NOV 15 2022
U.S.D.C.
W.P.

Affidavit Of service

STATE Of New York)
(County OF ONEIDA)

I David Gibson, being First duly Sworn deposes
and says that:

I Have served true and Exact copies of the forgoing
documents: MY own declaration, affirmation, OR Affidavit,
Notice of Motion, 5 Page Declaration 9 Exhibits, Declaration
OF Service, And Affidavit Of Service. ORder to Show Cause Defaults Judgment
letter to COURT Clerk, Attorney Affidavit Verified Petition, Affidavit Other cause, Proposed Judgment
by Placing in 9 Postage Paid and Properly addressed
~~ ~~ ~~ ~~ WRaPPer And depositing Same in a United States
Postal Box under the Exclusive care and Custody of New
York State Department of Correction and Community Supervision
within the Marcy Correctional Facility to be served upon
the below listed Person(s)

Court Clerk U.S. District S.D. NY
(White Plains) 300 QuARRoPas Street
White Plains, NY 10601, Behiya Lawrence 28 liberty St New York, NY
10005

Sworn To before Me on
this 7th day of November 20 22

_signature_

Notary Public

AMANDA JO MAYNE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6414122
Qualified in Jefferson County
My Commission Expires: 2-10-2025

Plaintiff's motion is denied.

Service by certified mail does not satisfy the requirements of Fed. R. Civ. P. 4. Plaintiff must serve Defendants by one of the methods provided in Fed. R. Civ. P. 4(e). The Court reminds Plaintiff that he must serve Defendants by November 28, 2022. (Dkt. No. 26.)

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

11/15/2022



U.S. District Court
for the
Southern District (White Plains)

**MEMO ENDORSED**

IN the MATTER of the Application of

David Gibson    # 15A2714
                Petitioner

                                    Order to show cause
                                    22-CV-01122 KMK

v.

Edward Burnette, Et al
                Respondent

For Judgement By Default Pursuant to
FRAP Rule 12 ☐☐ Prison litigation Reform Act
9(2) (9) (2) Failure to Respond quarter or More
within 21 days
U.S. District Court S.D.N.Y (White Plains)
Honorable Judge Karas District Judge

Aferenced David Gibson 15A2714
                PRO-se

This ex Parte Matter was Reffered to my attention at a term
of the U.S. District court Westchester county Judge Karas
in CourtRoom 521 of the U.S. Courthouse, White Plains, New York

Upon Reading of the Petition, Sworn to on the _____ day
of _____ 20 ____
Let the Respondents Show cause at a special term of this U.S.
Courthouse CourtRoom 521 White Plains, NY to be Held in and For the
County of _____ on the _____ day of _____ at the
Courthouse located at _____, New York
Why the Relief Requested in the Petition should Not Granted. It is
                                                        See Attached

Attached
Order Show Cause

Ordered, that Service of this order to Show Cause
Why

Plaintiff's Proposed Order to Show Cause is denied.

Service by certified mail does not satisfy the
requirements of Fed. R. Civ. P. 4. Plaintiff
must serve Defendants by one of the methods
provided in Fed. R. Civ. P. 4(e). The Court reminds
Plaintiff that he must serve Defendants by
November 28, 2022. (Dkt. No. 26.)

The Clerk of the Court is respectfully directed
to mail a copy of this order to Plaintiff.

SO ORDERED.

11/15/2022

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840 (3/2011)

| | **For Court Clerk Use Only:** |
| --- | --- |
| Dutchess Supreme S.Dul/y, COURT, COUNTY OF White Plains | IAS Entry Date |
| | Judge Assigned |
| Index No: CV-00-22-CV-0122-KMN Date Index Issued: 02/07/2022 | RJI Date |

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

David Gibson 15A2114

Plaintiff(s)/Petitioner(s)

-against-

Edward Burnette Et cal

Defendant(s)/Respondent(s)

## NATURE OF ACTION OR PROCEEDING: Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ○ Contested
- ○ Uncontested
  - NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum.

**TORTS**
- ○ Asbestos
- ○ Breast Implant
- ○ Environmental: _____ (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____ (specify)
- ○ Other Negligence: _____ (specify)
- ○ Other Professional Malpractice: _____ (specify)
- ○ Other Tort: _____ (specify)

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution   [see NOTE under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other: _____ (specify)

**COMMERCIAL**
- ○ Business Entity (including corporations, partnerships, LLCs, etc.)
- ○ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ○ Other Commercial: _____ (specify)

NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

**REAL PROPERTY:** How many properties does the application include? ___
- ○ Condemnation
- ○ Foreclosure

Property Address: _____
Street Address    City    State    Zip

NOTE: For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- ○ Tax Certiorari - Section: ___ Block: ___ Lot: ___
- ○ Other Real Property: _____ (specify)

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration)   [see NOTE under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____ (specify)
- ☑ Other Special Proceeding: Order Show Cause (specify)

## STATUS OF ACTION OR PROCEEDING: Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
| --- | --- | --- | --- |
| Has a summons and complaint or summons w/notice been filed? | ○ | ☑ | If yes, date filed: 05/08/2022 |
| Is this action/proceeding being filed post-judgment? | ○ | ☑ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**   Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ◉ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice   Date Issue Joined: _____
- ○ Notice of Motion   Relief Sought: _____   Return Date: _____
- ○ Notice of Petition   Relief Sought: _____   Return Date: _____
- ◉ Order to Show Cause   Relief Sought: Default Judgement   Return Date: _____
- ○ Other Ex Parte Application   Relief Sought: _____
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other  (specify): _____

**RELATED CASES:**   List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the RJI Addendum. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| Gibson v. St. Elizabeth Hosp | 22-CV-4213 KMK | S.D.N.Y | Judge Karas | Plantiff |
| | | | | |

**PARTIES:**   If additional space is required, complete and attach the RJI Addendum. For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff) | Attorneys: Provide name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | Burntile Edward Primary Role: SCPerintendent Secondary Role (if any): | Last Name: Lawrence   First Name: Bahya   Firm Name: New York State Attorney General   Street Address: 28 liberty St   City: NY   State: NY   Zip: 10005   Phone:   Fax:   e-mail: | ◉ YES ○ NO | |
| ☐ | Gibson Danielle Primary Role: RN Secondary Role (if any): | Last Name:   First Name:   Firm Name:   Street Address:   City:   State:   Zip:   Phone:   Fax:   e-mail: | ◉ YES ○ NO | |
| ☐ | Akinyemba First Name: Primary Role: Dept. of Health Secondary Role (if any): | Last Name:   First Name:   Firm Name:   Street Address:   City:   State:   Zip:   Phone:   Fax:   e-mail: | ◉ YES ○ NO | |
| ☐ | Last Name: First Name: Primary Role: Secondary Role (if any): | Last Name:   First Name:   Firm Name:   Street Address:   City:   State:   Zip:   Phone:   Fax:   e-mail: | ○ YES ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated:  11-1-22

_____ Pro-Se _____
ATTORNEY REGISTRATION NUMBER

_____ SIGNATURE _____

David Gibson
PRINT OR TYPE NAME

UNTitec 8tates F.D.N.Y

David Gibron 15A2714

v.

Edward Burnette etcal          22-CV-01122 KMK

RECEIVED
DEC 05 2022
U.S.D.C.
W.P.

Notice of Motion          Movment

I ask the court to accept this Memorandum of law
Under 232 subsection 9 "Matrimonial action" Plantiff
Delivery to the defendant Place of Business the Agents
were Aware off the summons And complaints to be deliverd
Please see Dct NO. 13 "Item discription" The Prize was due
to Prision system legal mail on Manala Envelope Plantiff
Placed "urgent legal mail" Also P.o. Box 1245 Agent was
Authorized to Recive the dilivery The Defendant Failes
to Awoser or Merve etci "Defant" (the Accesations)(Domesates)
(Pray) As Plantiff Asks and Is entitled to Judgement
By Defult.

David Gibron 15A2714

RECEIVED
DEC 05 2022
PRO SE OFFICE

Marcy C.F. Box 3600
Marcy NY 13403-3600

# Memorandum Of Law

RECEIVED
DEC 05 2022
U.S.D.C.
W.P.

David Gibson /5A2714

v.

Edward Burnette Et eat 22-CV-CJ122 (KMK)

RECEIVED
DEC 05 2022
PRO SE OFFICE

Movmunt                    Reconsideration Deny Motion (Personal Service)

Morse v. ELMira County Club United States Court of Appeals 2nd cir December 28, 1994 752 F.2d 35 53 USLW 2346 40 Fed R. Serv.2d 573 On May 8, 2022 Plantiff Serves the Defenunt(s) In Comply with Federal 4(e)(c). Plantiff Followed N.Y.S.D.O.C.C.S Policy Derective 4422 (See Docket 24 Attached Derectie). Plantiff Can Not Have (1) PrePaid Postage (2) Return Sender Envolopes. Federal Rule 4 Has to be liberally Construcred 4(e)(1). Is a direct Conflict with New York State Law 312(a) And New York State Department of Correctuns Corespondence Program 4422 (See Docket 24. Plantiff Mails 3 Summons, 3 Complaint, to 3 Defendants, And under D.o.c.us Policy Oversize envelopes must be Inspected And Would You Please See FEderal Rule 4(e) (2)(C). delivering a Copy of each to an agent authorized by appoinsment OR by law to Receive Service of Process.[2] 4(e)(1) States Following State law "N.Y.O.C.c.2 312", A direct Conflict to Plantiff. (2)(C) Only States "delivers" agent appointee OR by law to Recive Service of Process. Policy Analysis Gw. v. United States, 50 Fed.Ct. 626, 128 (2001) And Riley & Ephraim, 61 Fed.CI at 410. Plantiff Mailed Certified Mail Signature Confirmation to Fishkill C.F. 271 Mattreawan Road

2.

Beacon, New York 12508-0307 To (1) Superintendent
Burnette (2) Deputy A. Kinyombo (3) RN D. LeBron
Plantiff would Please Like the courts to See FishKill C.f.
Is a Goverment P.o. Box That Conducts to the Post
office to Conduct to Recive Mail (certified mail) To First
(Class Mail)³ N.Y.S. C.P.L.R 308 and 312 are direct
conflicts Plantiff Has multiple Grievance and Complaints for
mail theft and tampering. And civil case 9:22-cv-0723 BKS
The Marcy facility wont Release the original copy of the Disbursement
Docket B to Give the Check order # to See who Signed
for the mail. Federal Rules in order areas Have Held Certified
Mail Signature Confirmation. The only mail form of acknowlegment
He can Have New York State law allows delivery by Mail
N.Y.S.C.P.L.R 312 The only direct conflict Is N.Y.S Inmates
Cant Have Pre Paid Postage or Return Sender. Federal Rule
4 P.o. Box 1245 Is authorized by a Defendant by
Law to Recive Service of Process 4(e)(2) Federal Rule
4 doon't State what Method of mail that Has to be used
as long as State Law Permits Mail delivery Morris v.
Willmington Savings fund Society United States District Court
W.D. Virginia. Harrisonburg Division December 19, 2018 360
F. Supp. 3d 363 "When Service My mail Service by Certified
mail is Not Sufficent unless the Recipent actually Recives
the mail. Plantiff mailed the Summons and Complaint
to FishKill C.f. P.o. Box with The Warden's name Plantiff
Has been Trying over 6 months to get the Check/order
# and Signature Confirmation See Exhibits to 5 Page

3

Declaration Docket 29, 30, 31 Plantiff Has Went to The FCI A' Justice Management the Facility Is blocking her litigation Please see Docket 13 Plantiff Filed Proof of Service After the 21 days were up and the Defendants Failed to Move or answer If Plantiff Services was Improper the Defendants Failed to Move or answer First class Postage cant be traces The defendant along with Plantiff Many defendants Have Stole Her certifies Mail Reciept, Signature Confirmation and Will Not Return the Original Copy. Plantiff would like the Court in this Memorandum of law the (1) direct Conflict With Federal Rule 4(I)(1)(2) N.Y.S.C.L.R 312(a), And N.Y.S.Dockets 4422. The Certifies Mail, Signature Confirmat Method Is when the Postage Paid (N.Y.S.D.O.C.C.S only allows) "deliveries". 4(I)(2)(c) "Please liberally construct Rule 4" "Plantiff Is a State Convicted Prisioner" Rule 4 States "Deliveries to defendant (1) United States Postal Services, Many to (2) Dutchess United States Postal Service. Are Both Authorizes And Appointes by law to Recive and "deliver" Federal Mail the (1) Expodites Advance Mail method In N.Y.S.D.O.C.C.S Is what Plantiff Uses. The only difference between Certified mail Signature Confirmation It Has to be Signes for As with First Class Could Just be Left (Quoting) W.D. Virgina District Court In Morris v. Wilmington Saving Fund Society. If Plantiff by D.O.C.C.S Policy Derective, 4422 (Please See Docket 24 Encloses Copy 4422) D.O.C.C.S Has Not allways Postage Pre-Paid Return Sender Envelopes Since McGann v. State of N.Y February 27, 1996 as In McGann He Failes

4

To Put The 18-A "Agknowlegment for as N.Y.O.C.L.R 3]2(g)
Instructs that Is because In (1996) New York State( Enveloper
Return Sender were allowed) Now (2022) You Cant Have
Postage Phe-Paid Even If Plantiff Sent First- class mail the
Service would still be Imphoper because N.Y.O.D.O.C.L.S
doon't allow Return Sender Envelopes OR Postage Phe-Paid
There Is Noo Case In STATE of New York oR Federal
New York Districts with this type of Issue For A State
PRisoner Who Cant Have the Method's appointes by law
N.Y.O.L.R 3]2(g) And Fedenal Rule 4 Signature Confirmation
Is A form of Agknowlegment of Recipient And due to
N.Y.O.D.O.C.L.S Policy It Is A fact that the defendants
Recive the summons and Complaints at there Goverment
P.O. Box 1245 The Guotion If Plantiff Service Is Imphoper
does that exclude the fact the Failes to move oR
awwer in 21 days? Please see Docket 13 All 3 names
are on the CHeck with Edward Bernette First "AKA" Superms
Bernette To His P.O. Box 1245 As In Riley B EPhiny
And Policy AMalysis When Ceatifica mail Is sent) Delivaus
To a Goverment P.O. Box It Is Signed for By the Post
office And Is Held At the FRont Desk Considered
Recived In fact R&E Construction Didn't consent for the
P.O. Box Postoffice to Recive Iss Mail why It was Returned
In Plantiff's Case FishKill cafr consentes The the Post office
to sign ONe Phone Call ORder to Compel The ORiginal
Copy Docket 13 Show the Check ORder to Three Signature confirmatt
If Plantiff Service was Imphoper Under BrudaMedia INC V. Vitel

5

2nd Cir 2005 The defendant Knew This was going own Now within 21 days Not counting the Authorized agent signed for the mail, Please See (New York Administration Code) 7 NY ADC 720.7 Attachment 1st class To Priority Plantiff Places Certified mail, signature confirmation, Section 720.7 Business mail (c) "Inmates are Prohibited from using Business Correspondence to Order any Items on Credit Or Installment Plans, and are also Prohibited from Obligating their funds for anything more than immediate Purchase which is being Reviewed. (2) "Inmates may make one single Payment for items which will be dilivered over an extended Period of time, Provides that there Is no additional billing for the items being delivered in the Future" C No Pre-Paid Postes (or You see), (D) "All business mail, except Business mail to the Media will be submitted by the Inmate enroated Such business mail is subject to inspection" Section 720.3 Outgoing Mail ((())) C1) Negative Correspondence and telephone (B) Advance approval. (4) Person Presently or fomerly employed by the department or in a department facility ( Please See Docket 13 Plantiff sent Summonss and complaint In a Correctional P.O. Box 1245) or with any Member of Such Persons Household at their personal or Private Residence address. (d) oversize Correspondence, defines mail which cannot be enclosed in a standard business envelope, shall be inspected Etc. Now Please See (g) "Outgoing mail shall include The full address of the Person to Whom it Is addressed It should Include the name, Street address, City, State and

Zip Code. Inmates shall not submit Correspondence to be sent to a Post office box without a specifically Identifies address (Please see Docket 13) the addresses (either a Person or a business) (Superintendent Burnette, Deputy of Health A. Akinyombu, RN D. Lebron) shall be Clearly Identifies. An insufficiently addresses envelope shall be opened (IN Plantiff's Case The Oversize Envelope, Business mail, Advanced APProval, Had' to be open anyway) (Please See D. Lebron Wrote Plantiff a Tier 3 M.B.R Personal Information, Stalking, Harrasment Plantiff accuses The Defendant of A Affair) N.Y.S.D.O.C.C Policy They Have to Verify, Inspect than Stamp (Many Inmate Accounts They Recives 3 Summons with Proof of Services, 3 Complaints With 3 defendants Names on the Doberoment, (See Docket 13), Oversize Envelope, First Class, Certified, Priority, Signature Confirmation. Please See (H) "A Inmate May Use envelopes and Writing Paper Provides by the Facility OR Personal Writing Paper. Any Printing on Personalizes writing Paper is limites to the Inmates Committee Name (unless the Inmates Name has been legally Changed) department Identification number, and facility address. Personalized writing Paper (Not envelopes) may be ordered by the Inmates from a Commercial Source. (On September 25, 2022 Plantiff Sent Certified Mail 7021 - 1970 - 0000 - 8726 - 8569 Please See Docket 24 A 2 Page Letter on the last Page See Encloses The Defective 4422 was Attached. In less Many Cf was Mail tempering ? Your Honorable Karas will

7

See Plantiff Cant Recive Pre-Paid Postage, Return
Sender Envelopes OR 14-A Forms. Please See Docket No. 24
Plantiff Sent Copys of the Defective 4422 and Letter to Postmaster
Murry, Federal Rule 4(e)(1) Please See N.Y.C.P.L.R 307
(2) "Personal Service on a State Officer (Superintendent
Burnette, Deputy of Health A.Akinyombo, RN D.LeBRon
Please (SEE Document 1) (In The body of the Complaint
(Paragraph 10 Plantiff Placed A Request for A Temporary
Restraining Order on N.Y.S.D.O.C.C.S)(See "DOCCS" Not trying
give Plantiff Surgery Under N.Y.S. Law When Filing Service
Under Mail against a State Officer "Deputy A.Akinyombo"
Is Still a office, Black law Dictionary C11th ed 2019)
"officer(14c)" "And Please See("Deputy") (15c) (17c)
Black law Dictionary C11th ed 2019) "Executive" C1876)
"the Head of the executive branch of a government, Such
as President of the United States. (A Corporate officer at
the Upper levels of Management)-("Also Termed Executive
officer, executive employee, executive, adj") Please
See Black law Dictionary C11th ed 2019) "Superintendent"
(16c) A Person with the power to direct activities
("A Manager") Please See Black law dictionary(11th ed
2019) Manager (16c) (Someone who administers
or supervises the affair of a business, office OR other
Organization) (18c) A manager who Has overall Control
of a business, office, OR other organization including
authority over other managers" A General Manager is
Usu. equivalent to A President OR Chief executive officer of

a CoRPoRation *(N.Y.S.D.O.C.C.S) Is a State Agency Docttoment 1 Paragraph 10. And Relief the District Court ERRoRos The Department Is In the Complaint There for they are apart the Docket(1) Superintendent Burnette Is the Executive Officer of Fishkill CoRRectional Facility Plantiff Delivered by Mail to the Defendants Executive officer Superintendent Burnette's The First Name on the cHeck on Envelope Plantiff Put "uRGent legal Mail" on check Money ORder Plantiff Placed on the outside Plantif wasn't taxed because He uses legal mail In PRison system, Please Review Docket 1(Paragraph 1 to 9) (9) Specificly states "Affair" All threw the Complaint Plantiff Admits to Having An Affair with the Defendant D.LeBRon He Placed In Paragraph (10) He wanted to Place A T.R.O. on N.Y.S.D.O.C.C.S (Subdivision a of Section Two Hundred thirty-two domestic Relations law (2)(B) "SeRved on the defendant PeRRcant to an ORder directing the Method of the Summons in accordance with the PRovisions of Section ("three Hundred eight") OR (three Hundred fifteen)" of the Civil PRactice law ana Rules Please see b. Plantiff Placed on Item discRiption 3 Summons 3 complaints 3 deffendants Mercy Inmate Account Stamp Docket 13 N.Y.S.C.P.L 308 2(" BY delivering the Summons And Complaints On Item DiscRiption outside the Mail the Post office "agent" was Authorized to Serve the summons P.O. Box 1245 Is In A Post office the agent "Civilian" Is Authorized to Sign

9

for the Defendants The Money order States What was
In the Legal mail There Goverment P.o. Box Rule when
Is Reached At the Post office Corridors Rains
Under New York law Federal Rule 4(e)(1) Plantiff Service
was Proper this Is a "Matrimonial action"
The Facility Has to Verify Please see Docket 24 '4422
Under (232 Notice of Matrimonial action) The defense
Are In default Plantiff whole Complaint Docket
I Is about Mental, Emetional, Physical abuse About
His Un-Married Affair Under N.Y.S.D.o.c.c.s law Plantiff
Can not Consent to any sexual Acts physical, verbal Its
"Rape this domestic law Defensant Failed to answer or move
or defendant under 232 "Matrimonial action" Signature
Confirmation Is First Class Postage Paid Please see
Exhibit 1 Green Card 'First-Class mail Postage &
Fees Paid USPS Permit No. G-10 (Service was Proper!)

David Gibson    15A2714
Marcy Correctional Facility
Box 3600 Marcy NY 13403

646-436-2142  Power Attorney

7022 2410 0000 9686 3938

**CORRECTIONAL FACILITY**

N.Y. 13403-3600

Lewis Gibson

DIN: 15A2214

Marcy

Correctional Facility

NEOPOST
12/01/2022
US POSTAGE $006.62⁰

ZIP 13403
041L11259879

Court Clerk S.D.NY
White Plains
300 QuARROPAS Street
White Plains, NY 10601-4150