RECEIVED
SDNY PRO SE OFFICE
2025 MAR 28 PM 4:06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David M. Gibson

> Denied. Plaintiff is free to take a polygraph, but he has to pay for it and explain its relevance to this case. The Clerk is respectfully directed to mail this document to Plaintiff.
>
> So Ordered.
> [signature] 3/31/25

Write the full name of each plaintiff or petitioner.

Case No. 22 cv 1122 - KMK

-against-

Edward Burnette

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **Plantiff** (plaintiff or defendant) **Movement** (name of party who is making the motion)

requests that the Court:

US v. Hwan

I'm Requesting Polygraph

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☒ my own declaration, affirmation, or affidavit
☐ the following additional documents:

3-28-25
Dated

[signature]
Signature

David M. Gibson
Name

Prison Identification # (if incarcerated)

4091 DE Reservior Ave    Bronx
Address                  City    State    Zip Code

Telephone Number (if available)    E-mail Address (if available)