UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Gibson

(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 1122 (KMK) (____)

-against-

Edward Burnett

(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

- [x] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.
- [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.
- [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

Case Process to trial

RECEIVED SDNY PRO SE OFFICE 2026 JUL 31 PM 4: 25

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: ________.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

7-31-26
Date

Signature

David Gibson
Name (Last, First, MI)

Prison Identification # (if incarcerated)

4071 DE Reimer Ave — Address
Bronx — City
NY — State
10466 — Zip Code

Telephone Number

E-mail Address (if available)

The Court must deny Plaintiff's Motion at this time because Plaintiff's filing does not provide the requisite information that would permit the Court to determine whether he is entitled to counsel. "The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, his efforts to obtain a lawyer, and his ability to gather the facts and present the case if unassisted by counsel." *Satchell v. City of New York*, No. 23-CV-11119, 2025 WL 1224784, at *1 (S.D.N.Y. Apr. 28, 2025). Plaintiff has not explained what impediments exist to his being able "to gather the facts and present the case" if he were to proceed *pro se*, nor has he detailed any efforts "to obtain a lawyer" to this point. *See, e.g.*, *Randee B. v. Kennedy*, No. 25-CV-5442, 2026 WL 880499, at *2 (S.D.N.Y. Mar. 31, 2026) (rejecting request for counsel where the plaintiff had not demonstrated she would be unable to deal with the facts and issues); *Dubose v. SUNY Mar. Coll. Off. of Fin. Aid*, No. 24-CV-05547, 2024 WL 4124402, at *2 (S.D.N.Y. Aug. 7, 2024) (same as to efforts to obtain counsel). Accordingly, Plaintiff's request is denied without prejudice.



SO ORDERED. September 18, 2026